JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. DAVIS,<br><br>    Petitioner,<br><br>  v.<br><br>STEVE LANGFORD,<br><br>    Respondent. | Case No. CV 16-3552-DOC (KK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: June 27, 2016

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Presented by:

*/s/ Kenly Kato*
KENLY KIYA KATO
United States Magistrate Judge